NO. 07-02-0518-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



JANUARY 22, 2003



______________________________




SAMUEL JACKSON, APPELLANT



V.



WANDA FAYE COFFER, APPELLEE




_________________________________



FROM THE 316TH DISTRICT COURT OF HUTCHINSON COUNTY;



NO. 32,156; HONORABLE JOHN LAGRONE, JUDGE



_______________________________



Before QUINN and REAVIS, JJ. and BOYD, S.J. (1)

MEMORANDUM OPINION (2)


 By letter dated January 8, 2003, this Court directed appellant, proceeding pro se,
to clarify his notice of appeal and file the proper documents as required by the Texas
Rules of Appellate Procedure within ten days, noting that failure to do so might result in
dismissal. Appellant did not respond and thus, we dismiss this proceeding for failure to
comply with an order of this Court. See Tex. R. App. P. 42.3(c).

 Accordingly, this proceeding is dismissed.

 Don H. Reavis

 Justice



1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment.
2. Tex. R. App. P. 47.4.

 In a criminal case, appeal is perfected by timely filing a notice of appeal. Tex. R.
App. P. 25.2(b). As is relevant to these proceedings, the notice of appeal must be filed
within 30 days after the day the trial court enters an appealable order. TRAP 26.2(a). An
untimely-filed notice of appeal will not invoke the jurisdiction of the court of appeals. See
State v. Riewe, 13 S.W.2d 408, 411 (Tex.Crim.App. 2000). Thus, if an appeal is not timely
perfected, a court of appeals can take no action other than to dismiss the appeal. Slaton
v. State, 981 S.W.2d 208, 210 (Tex.Crim.App. 1998); Olivo, 918 S.W.2d at 523-25.

 Appellant's notices of appeal were not timely filed. This court does not have
jurisdiction over the appeals. Slaton, 981 S.W.2d at 210; Olivo, 918 S.W.2d at 523. 

 The appeals are dismissed for want of jurisdiction. Tex. R. App. P. 39.8, 40.2, 43.2. 


 Phil Johnson

 Chief Justice



Do not publish.